FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-16-00358-CR

Scott E**. COALWELL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10786
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Kay Gittinger's notification of late record is hereby noted. The reporter's record is due on November 30, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court